**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RAZOR USA LLC and SHANE CHEN, Plaintiffs, v. DGL GROUP, LTD., Defendant. | ) | Civil Action No.: 19-12939 **JUDGMENT** |

I hereby attest and certify on 7/21/26 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
DEPUTY CLERK

It is hereby ordered, adjudged, and declared that **JUDGMENT** is entered in favor of Plaintiffs Razor USA LLC and Shane Chen, and against Defendant DGL Group, Ltd., as follows.

A. DGL's accused hoverboards infringe U.S. Patent No. RE46,964.

B. DGL's accused hoverboards infringe U.S. Patent No. D739,906.

C. U.S. Patent Nos. RE46,964 and D739,906 are not invalid under any provision of the patent laws, including 35 U.S.C. §§ 101, et seq.

D. Razor and Shane Chen are awarded the Remaining Indebtedness in the amount of **$4,391,646**.

**IT IS SO ORDERED.**

Dated: 12/3/2025

/s/ Ashley Montuoro
**Deputy Clerk**